UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

* * * * * * * * * * * * * * * * * * *

John William Parker,

Plaintiff,

ORDER

vs.

Sid Canham, individually and as an employee of Mahnomen County; Sheriff Richard Rooney, individually and as Sheriff of the County of Mahnomen; and the County of Mahnomen,

Defendants.

Civ. No. 01-1918 (RHK/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 26th day of October, 2001.

* * *

This matter came before the undersigned United States Magistrate Judge pursuant to a routine review, in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the Plaintiff's application to proceed <u>in forma pauperis</u>.

As a part of that application, the Plaintiff submitted an incomplete "Application to Proceed Without Prepayment of Fees and Affidavit" form. In this form, the Plaintiff failed to advise the Court whether he had received, in the past twelve months, money from any business, rent payments, interest, dividends, pensions,

FILED OCT 26 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

annuities, gifts or inheritances. Furthermore, while the Plaintiff did state that he had received money, in the previous twelve months, from "other sources," he failed to describe the source of money, and also failed to specify the amount he received, and the amount that he expects to receive, from this source of income, in the future. Finally, the Plaintiff neglected to sign the Application, thereby failing to declare "under penalty of perjury" that the information he supplied is correct. As such, because the Plaintiff has failed to fully complete this Application to Proceed Without Prepayment of Fees form, we are unable to determine whether he is entitled to proceed in forma pauperis.

NOW, THEREFORE, It is --

ORDERED:

1. That the Clerk of Court shall return to the Plaintiff a blank copy of the Clerk's "Application to Proceed Without Prepayment of Fees and Affidavit" form.

2. That should the Plaintiff wish to pursue this action, then, **by no later than twenty days from the date of this Order**, he is to submit a completed copy of the "Application to Proceed Without Prepayment of Fees and Affidavit" form.

3. That, should the Plaintiff fail to comply with any of these directives, including the time limitation noted, the Court

shall issue a Recommendation that his application for *in forma pauperis* status [Docket No. 2] be denied, without prejudice.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE