UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

* * * * * * * * * * * * * * * * * * *

John William Parker,

Plaintiff,

vs.

ORDER

Sid Canham, individually and as an employee of the County of Mahnomen; Sheriff Richard Rooney, individually and as Sheriff of the County of Mahnomen; and the County of Mahnomen,

Defendants.

Civ. No. 01-1918 (RHK/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 19th day of November, 2001.

* * *

This matter came before the undersigned United States Magistrate Judge pursuant to a routine review, in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the Plaintiff's application to proceed _in forma pauperis_.

As a part of that application, the Plaintiff has averred that he is not employed, and that he does not own any real estate, stocks, bonds, securities, or other valuable possessions. He further attests that, during the past twelve months, he has not

5

FILED NOV 19 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK JH

received any money from businesses, rent payments, pensions, or annuities. He does, however, receive $530.00 per month in disability benefits.

Given these showings, we conclude that the Plaintiff is entitled to proceed _in forma pauperis_. Therefore, the Plaintiff's application to proceed _in forma pauperis_ is granted. See, _Title 28 U.S.C. §1915(a)(1)_.

NOW, THEREFORE, It is --

ORDERED:

1. That the Plaintiff's application for _in forma pauperis_ status [Docket Nos. 2 and 4] is granted.

2. That the Clerk of Court shall issue a Summons and the United States Marshal shall serve a copy of the Complaint and Summons upon the Defendant as directed by the Plaintiff, and that all costs of service shall be advanced by the United States.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE