UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John William Parker,

Plaintiff,

vs.

Sid Canham, individually and as an employee of Mahnomen County; Richard Rooney, Sheriff, individually and as Sheriff of the County of Mahnomen; County of Mahnomen,

Defendants.

Civil 01-1918 (RHK/RLE)

ORDER

Defendants' Motion for Summary Judgment is referred to Magistrate Judge Raymond L. Erickson for a recommended disposition. The September 26, 2002, hearing in Fergus Falls is **CANCELED**. If Magistrate Judge Erickson desires oral argument, the parties will be so advised. The briefing schedule with respect to the Motion, as set forth in Defendants' Notice of Motion for Summary Judgment, remains in effect.

Dated: August 29, 2002

RICHARD H. KYLE
United States District Judge

FILED AUG 29 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK