UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

John William Parker,

Plaintiff,

vs. ORDER

Sid Canham, individually and as an employee of Mahnomen County; Richard Rooney, Sheriff individually and as Sheriff of the County of Mahnomen; County of Mahnomen,

Defendants. Civ. No. 01-1918 (RHK/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 15th day of October, 2002.

* * *

This matter came before the undersigned United States Magistrate Judge pursuant to a special general assignment, made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(B), upon the Defendants' Motion for Summary Judgment.

Having now received all the briefing on this Motion, we conclude that a Hearing on the Motion is unnecessary, as we have determined that such a Hearing is not essential to secure the just, speedy, and inexpensive resolution of this action. See, Rule 1, Federal Rules of Civil Procedure. Therefore, as of September 20, 2002 -- the date of our receipt of the last submission from the

FILED OCT 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ___
DEPUTY CLERK

parties -- we took this Motion under advisement, on the basis of the written submissions of the parties.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE