UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

John William Parker,

Plaintiff,

vs. MINUTE ORDER

Sid Canham, individually and as an employee of Mahnomen County; Richard Rooney, Sheriff individually and as Sheriff of the County of Mahnomen; County of Mahnomen,

Defendants. Civ. No. 01-1918 (RHK/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 31st day of December, 2002.

* * *

On December 12, 2002, we issued an Order directing the Plaintiff to show cause why this Court should not impose sanctions, in view of the Plaintiff's failure to attend a Settlement Conference which had been scheduled to be conducted on December 10, 2002. In response to that Order, the Plaintiff transmitted a letter, which is dated December 18, 2002, in which he explained that, for some period of time, he was homeless, and has since changed his residential address. The Plaintiff asks for one more chance to show for a Settlement Conference.

34

FILED DEC 31 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

While razor thin, we believe that the Plaintiff has shown adequate cause for this Court to conduct a further Settlement Conference, and we schedule that Conference for **March 11, 2003, at 1:00 o'clock p.m., in Courtroom 12W, United States Courthouse, Minneapolis, Minnesota.** In addition, on direction from the District Court, the Honorable Richard H. Kyle presiding, the parties are relieved from serving and filing their pretrial submissions, as the Trial of this matter has been indefinitely continued. If the case survives Summary Judgment, and eludes a settlement, then the case will receive a new Trial setting from the District Court.

NOW, THEREFORE, It is --

ORDERED:

1. That this Court will conduct a Settlement Conference on **March 11, 2003, at 1:00 o'clock p.m., in Courtroom 12W, United States Courthouse, Minneapolis, Minnesota.**

2. That, at the time of the Settlement Conference, counsel who will try the case, and a representative of each party with full authority to enter into a compromise settlement agreement **must** attend.

3. That, on direction from the District Court, the Trial of this action has been continued indefinitely in order that this

Court can rule upon the pending Summary Judgment Motion, and conduct a Settlement Conference.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500

## NOTICE

The District of Minnesota is pleased to announce the offering of a service called New Cases System (NCS) on our web site at www.mnd.uscourts.gov. The NCS lists new civil and criminal cases filed in St. Paul, Minneapolis or Duluth each day. It indicates the date assigned, case number, case name, the city in which the case was filed, and the District and Magistrate Judge assigned to the case.

The web NCS is available free of charge. The NCS may also be accessed from the public terminals located in the clerk's offices at the addresses above.