UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

John William Parker,

Plaintiff,

Civil No. 01-1918 (RHK/RLE)

vs.

**O R D E R**

Sid Canham, individually and as an employee of Mahnomen County, et al.,

Defendants.

---

Plaintiff's Objections to the January 28, 2003, Report and Recommendation of United States Magistrate Judge Raymond L. Erickson are before the undersigned for de novo review. That review discloses that Judge Erickson's factual determinations, legal analysis and proposed disposition are fully supported by the record before him and by applicable legal principles.

Accordingly, and upon all the files, records and proceedings herein, **IT IS ORDERED**:

1. The Objections (Doc. No. 36) are **OVERRULED**;
2. The Report and Recommendation is **ADOPTED**;
3. Defendants' Motion for Summary Judgment (Doc. No. 18) is **GRANTED;**

and

FEB 20 2003
FILED _____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD FEB 20 2003
DEPUTY CLERK _____

4. Plaintiff's Complaint (Doc. No. 1) is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: February 21, 2003

RICHARD H. KYLE
United States District Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES:

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

C:\FORMS\APPEAL NO. CIV
Rev. August 11, 1995