# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 03-1800

John William Parker, *
*
Appellant, *
* Appeal from the United States
vs. * District Court for the
* District of Minnesota
Sid Canham, individually and as *
an employee of Mahnomem County; *
Richard Rooney, Sheriff, *
individually and as Sheriff of the * 01-1918RHK/RLE
County of Mahnomem; County of *
Mahnomen, Minnesota, *
*
Appellees. *

JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in part, reversed in part, and remanded to the district court for proceedings consistent with the opinion of this court.

(5172-010199)

December 9, 2003

Order Entered in Accordance with Opinion

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

41

FILED FEB 02 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK