UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

John William Parker,

Plaintiff,

vs.

Sid Canham, individually and as an employee of Mahnomen County, et al.,

Defendants.

Civil No. 01-1918 (RHK/RLE)

**ORDER**

---

On December 9, 2003, the Eighth Circuit Court of Appeals reversed this Court's grant of summary judgment with regard to Plaintiff's state law assault claim.

Accordingly, **IT IS ORDERED**:

1. The matter is reinstated on the Court's trial calendar and is deemed READY FOR TRIAL in Fergus Falls, Minnesota, as of June 1, 2004; and

2. The matter is referred to Magistrate Judge Raymond L. Erickson for the purpose of conducting a settlement conference at such time and location, and under such conditions, as Judge Erickson directs.

Dated: February 5, 2004

RICHARD H. KYLE
United States District Judge

FEB 05 2004
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK