**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

JOHN WILLIAM PARKER,

Plaintiff,

vs. CV 01-1918 RHK/RLE

SID CANHAM, et al

Defendants.

**NOTICE OF JURY TRIAL**

A JURY TRIAL is scheduled for MONDAY, JUNE 14, 2004, at 10:00 AM, before Judge Richard H. Kyle, in Courtroom #1, Fergus Falls, Minnesota.

April 13, 2004

RICHARD D. SLETTEN
Clerk of U.S. District Court

s/Deborah Siebrecht
Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel