**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

John William Parker,

Plaintiff,

**ORDER**
Civil No. 01-1918 (RHK/RLE)

vs.

Sid Canham, et al.,

Defendants.

---

The following materials are to be **EXCHANGED, FILED AND DELIVERED TO THE UNDERSIGNED** (all filings shall be in St. Paul) in accordance with the following schedule:

By May 14, 2004:

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; and

(4) Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By May 21, 2004:

(1) Responsive briefs to Motions in Limine;

(2) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

(3) Replies to Trial Briefs.

By May 26, 2004: Responses to the Written Objections.

Dated: April 14, 2004

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge