UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John William Parker,

Plaintiff,

vs

ORDER
CV 01-1918 RHK/RLE

Sid Canham, individually and
as an employee of Mahnomen County,
Richard Rooney, Sheriff of the
County of Mahnomen; County of
Mahnomen,

Defendants.

---------------------------------------------------------------------

The above-captioned matter came on before the undersigned on Defendant's Motion for Continuance.

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED:

1. Defendants' Motion for Continuance is granted. The trial date is continued to Thursday, June 17th, 2004 at 9:00 AM in Fergus Falls, Minnesota.

2. The filing deadlines mandated by Order of April 14, 2004, remain in effect.

Dated: May 6, 2004.

/s/ Richard H. Kyle
Richard H. Kyle, Judge
United States District Court