UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

John William Parker,

Plaintiff, Civil No. 01-1918 (RHK/RLE)

vs. **O R D E R**

Sid Canham, et al.,

Defendants.

---

Pursuant to the attached Stipulation of Dismissal, **IT IS ORDERED** that the above-entitled matter is **DISMISSED ON THE MERITS AND WITH PREJUDICE**, but without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 14, 2004

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge