RHK

RECEIVED BY MAIL
MAY 14 2004
CLERK, US DISTRICT COURT
ST. PAUL, MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
SIXTH DIVISION

John William Parker,

Plaintiff

vs.

Sid Canham, et al.,

Defendants.

Civ. No. 01-1918 (RHK/RLE)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties hereby agree that all claims between the parties in the above-captioned case have been fully compromised and settled.

THEREFORE, IT IS HEREBY STIPULATED by and between the parties that their claims may be, and hereby are dismissed on the merits and with prejudice, but without costs or disbursements to any party.

By *John William Parker*
John William Parker
39744 400th Avenue
Waubun, MN 56589
(218) 734-2497

PLAINTIFF

Dated: 5/10/04

CARLSON & SOLDO, P.L.L.P.

By *Michelle M Soldo*
Michelle Soldo (0251409)
420 Summit Avenue
Suite 300
St. Paul, Minnesota 55102
(651) 221-0732

ATTORNEY FOR DEFENDANT

Dated: 05/06/04